IN THE UNITED STATES DISTRICT COURT
FO THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kellie A. Arthur,                                   Case No. 1:09cv1409

            Plaintiff,                      O R D E R

    -vs-

                                                 JUDGE JACK ZOUHARY

National City Bank,

            Defendant.

       The Court conducted a Status Phone Conference on March 1, 2010.

       Counsel present: Steven Bell (in person) and Bruce Carlson (by phone) for Plaintiff; Melissa Zujkowski (by phone) for Defendant.

       Upon joint motion of counsel, and for good cause shown, this case and the following cases: 3:10cv67 Greiff v. PNC Bank, 3:10cv75 Buechler v. PNC Bank, and 3:10cv418 Friedman-Katz v. PNC Bank are hereby ordered consolidated. For purposes of filing, all pleadings shall be filed on the designated lead case number 1:09cv1409 Arthur v.National City Bank .

       IT IS SO ORDERED.

                                                        s/ JACK ZOUHARY    3/3/2010
                                                 UNITED STATES DISTRICT JUDGE